IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10168
(Summary Calendar)
_____

IN THE MATTER OF:  ALTEX INVESTMENTS, L.L.C.,

                                                    Debtor

ALTEX INVESTMENTS, L.L.C.,

                                                    Appellant,

versus

JAMESTOWN PARTNERS LIMITED,

                                                    Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(4:99-CV-950-A)
- - - - - - - - - -
July 11, 2000

Before POLITZ, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

In this appeal from the district court's affirmance of the
bankruptcy court's refusal to reinstate the dismissal of the
voluntary petition for relief under Chapter 11 filed by Debtor-
Appellant Altex Investments, L.L.C., Appellant Altex asks us to
reverse those courts and order reinstatement of the bankruptcy
petition.  We have carefully reviewed the operable facts and
applicable law as reflected by the record on appeal, the briefs of

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the parties, and the Memorandum Opinion and Order of the district court.  Our review convinces us that neither the bankruptcy court nor the district court committed reversible error; to the contrary, the comprehensive opinion of the district court correctly applies the laws to the facts, addressing and properly rejecting the arguments advanced by Altex.  We are additionally convinced that writing further on this matter would merely waste judicial resources, so instead we incorporate by reference the writing and rulings of the district court.

AFFIRMED.